■ BANK SEPAH, Appellant, v SEYED M. RAJI, Respondent.— Appeal from order and judgment (one paper), Supreme Court, New York County (Martin Evans, J.), entered on September 2, 1987, unanimously dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ross, Milonas, Ellerin and Smith, JJ.

■ DAVID K. KAHN, on Behalf of Himself and Others Similarly Situated, Respondent, v CONTINENTAL AIRLINES, INC., Appellant.—Order, Supreme Court, New York County (Charles Ramos, J.), entered on or about January 19, 1988, in accordance with the decision of Louis Grossman, J., dated November 18, 1987, unanimously affirmed for the reasons stated by Louis Grossman, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur —Murphy, P. J., Sullivan, Ross, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER COLLINS, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on July 30, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Ellerin, JJ.